ney General Burger, Melvin Richter and William W. Ross for the United States.

No. 475. FORD ET AL. v. HUGHES TOOL Co. C. A. 10th Cir. Certiorari denied. Charles M. McKnight and Robert F. Davis for petitioners. George I. Haight, Robert F. Campbell and Edward A. Haight for respondent.

No. 476. GRIFFIN, ADMINISTRATRIX, v. U N I T E D STATES. C. A. 8th Cir. Certiorari denied. G. Byron Dobbs for petitioner. Solicitor General Soboloff, Assistant Attorney General Burger and Melvin Richter for the United States.

No. 480. MCCAW ET AL. v. FASE, TAX COMMISSIONER OF HAWAII. C. A. 9th Cir. Certiorari denied. Kenneth Davis for petitioners. Edward N. Sylva, Attorney General of Hawaii, and Rhoda V. Lewis, Deputy Attorney General, for respondent.

No. 481. MCCAW ET AL. v. FASE, TAX COMMISSIONER OF HAWAII. C. A. 9th Cir. Certiorari denied. Kenneth Davis for petitioners. Edward N. Sylva, Attorney General of Hawaii, and Rhoda V. Lewis, Deputy Attorney General, for respondent.

No. 482. ELGIN, JOLIET & EASTERN RAILWAY Co. v. CROWLEY ET AL. Appellate Court of Illinois, First District. Certiorari denied. Harlan L. Hackbert for petitioner. Ezra L. D'Isa for respondents.

No. 483. DANIEL LUMBER Co. ET AL. v. EMPRESAS HONDURENAS, S. A. C. A. 5th Cir. Certiorari denied. Bennett B. Patterson for petitioners. J. D. Wheeler for respondent.